JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>WATTS WATER TECHNOLOGIES, INC., WATTS REGULATOR CO., a wholly-owned subsidiary of WATTS WATER TECHNOLOGIES, INC., and DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO.: 2012-cv-09216-MWF-RZ<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

The Court, having reviewed Plaintiff TRAVELERS COMMERCIAL INSURANCE COMPANY and Defendant WATTS REGULATOR CO.'s Stipulation for Dismissal with Prejudice as to all Defendants, and good cause appearing,

IT IS HEREBY ORDERED dismissing this case with prejudice.

October 28, 2014

_____
UNITED STATE DISTRICT COURT JUDGE
HONORABLE MICHAEL W. FITZGERALD